DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER SHELTON,**
Appellant,

v.

**PNC BANK, NATIONAL ASSOCIATION,** et al.,
Appellees.

No. 4D20-2225

[January 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502015CA011199.

Jennifer J. Kramer of Law Offices of Jennifer J. Kramer, LLC, Boca Raton, for appellant.

William L. Grimsley of McGlinchey Stafford, Jacksonville, for appellee PNC Bank, National Association.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***